```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    ELLEN V. ENDRIZZI
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
```



**FILED**

JAN 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:06-CR-0035 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 844(n) – Conspiracy to Damage and Destroy Property by Fire and an Explosive |
| ERIC McDAVID, ZACHARY JENSON, and LAUREN WEINER, | ) |
| Defendants. | ) |

I N D I C T M E N T

The Grand Jury charges:  T H A T

ERIC McDAVID,
ZACHARY JENSON, and
LAUREN WEINER,

defendants herein, from in or about June 2005 through on or about January 13, 2006, in Placer County, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally agree, combine and conspire with each other, and others known and unknown to the Grand Jury, to maliciously damage and destroy, and attempt to do so, by means of fire and an

1

explosive, (1) a building, and personal and real property of the United States Forest Service, United States Department of Agriculture; (2) a building, and personal and real property of an institution and organization receiving financial assistance from the United States Bureau of Reclamation, United States Department of the Interior; and (3) personal and real property used in interstate commerce and in an activity affecting interstate commerce, specifically, cellular telephone towers and electric power stations, in violation of 18 U.S.C. §§ 844(f) and (i).

In furtherance of the conspiracy and to effect the objectives thereof, the defendants, ERIC McDAVID, ZACHARY JENSON, and LAUREN WEINER, performed the following overt acts:

    a. During the weekend of November 18-20, 2005, all of the defendants met at a residence in Foresthill, California and conducted a planning meeting and identified targets to be destroyed by fire and an explosive;

    b. Between approximately November 18, 2005 and December 8, 2005, Defendant WEINER ordered the book, <u>Poor Man's James Bond</u>, which contains instructions for creating explosive devices;

    c. On January 10, 2006, all of the defendants visited the Nimbus Dam and Nimbus Fish Hatchery and, later that day, visited the United States Forest Service Institute of Forest Genetics to perform reconnaissance on those prospective targets for destruction and damage by fire and an explosive.

    d. On January 11, 2006, all of the defendants traveled to a store in Sacramento to purchase ingredients necessary for the creation of an explosive device, including, but not limited

2

to, three bottles of bleach, a hot-plate, glassware, a gasoline can, a car battery, and three jars of petroleum jelly.

   e. On January 12, 2006, Defendants WEINER and McDAVID measured and heated bleach on a hot-plate at a rented residence in Dutch Flat, California, in order to create crystals necessary for an explosive device.

All in violation of Title 18, United States Code, Section 844(n).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

_Lawrence Brown_
McGREGOR W. SCOTT
United States Attorney

3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ERIC McDAVID,
ZACHARY JENSON, and
LAUREN WEINER

2:06 - CR - 0035 MCE

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 844(n) - Conspiracy to Damage or Destroy Property by Fire or Explosive

*A true bill,*

_____/S/_____

Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____

Clerk.

Bail, $ Detained - pending hearing and order

GREGORY G. HOLLOWS

GPO 863 525

PENALTY SLIP

**ERIC McDAVID,**

**ZACHARY JENSON,** and

**LAUREN WEINER**

2:06-CR-0035

**COUNT ONE**
VIOLATION:     18 U.S.C. § 844(n) - Conspiracy to Damage and Destroy Property by Fire and Explosive
PENALTY:     Not more than $250,000 fine, or
At least 5 years to not more than 20 years imprisonment, or both
Not more than 3 years of supervised release
PENALTY
ASSESSMENT:     $100.00 special assessment