MARK J. REICHEL
Attorney at Law
655 University Avenue, Suite 215
Sacramento, California 95825
Telephone: (916) 974-7033

Attorney for Defendant
ERIC McDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. MAG -06-0021-GGH |
| Plaintiff, | ) | |
| v. | ) | **SUBSTITUTION OF ATTORNEYS** |
| ERIC McDAVID, | ) | |
| Defendant. | ) | |

The defendant has retained The Law Offices of Mark J. Reichel and asks that the court relieve Michael Long, Esq., appointed to represent Mr. McDavid under the Criminal Justice Act.

Respectfully submitted,

Dated: January 20, 2005   /S/ Mark Reichel
                          _____
                          MARK REICHEL
                          ATTORNEY AT LAW


I agree to the substitution of counsel and ask to be relieved as counsel for Mr. McDavid.

Dated: January 20, 2005   /S/ Michael Long
                          _____
                          MICHAEL LONG, Esq.
                          Attorney At Law

1  **ORDER**

2  The above substitution of attorneys is adopted.

3  IT IS SO ORDERED.

5  Dated: January 26, 2005

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
~~CHIEF~~, UNITED STATES MAGISTRATE JUDGE