

1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  655 University Ave., Suite 215
   Sacramento, California  95825
3  Telephone: (916) 974-7033

4  Attorney for Defendant
   ERIC MCDAVID
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,    ) NO. CR-S-06-0035-MCE
                                )
9              Plaintiff,       ) **REQUEST FOR ORDER SEALING ATTACHED**
                                ) **DECLARATION OF MARK J. REICHEL**
10     v.                       )
                                )
11                              ) DATE: N/A
   ERIC MCDAVID, et al.         ) TIME:
12                              ) JUDGE: HON. MORRISON C. ENGLAND
                                )
13             Defendants.      )
                                )

                           SEALING ORDER:

   Because the enclosed document relates to potential attorney client information and potential attorney work product, as well as matters private to certain individuals, defense counsel requests sealing of the enclosed.

   **IT IS SO ORDERED:**

   This document is to be sealed and kept in a sealed condition until further orders from the court.

   DATED: February 23 2006

                                    THE HONORABLE MORRISON C. ENGLAND
                                    United States District Court Judge

28 Sealing Order