1  MARK J. REICHEL, Bar #155034
   Attorney At Law
2  655 University Ave., Suite 215
   Sacramento, California  95825
3  Telephone: (916) 974-7033

4  Attorney for Defendant
   ERIC MCDAVID

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) NO. 2:06-cr-0035-MCE
                                  )
12            Plaintiff,          ) **STIPULATION TO CONTINUE STATUS**
                                  ) **CONFERENCE DATE; ORDER THEREON**
13      v.                        )
                                  ) DATE: October 17, 2006
14                                ) TIME: 8:30 a.m.
   ERIC MCDAVID, et al.           ) JUDGE: HON. MORRISON C. ENGLAND
15                                )
                                  )
16            Defendants.         )
   _____)
17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through

19 their respective counsel, R. STEVEN LAPHAM, Assistant United States

20 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

21 for defendant MCDAVID, that the present date for the status hearing of

22 October 3, 2006 be vacated and re calendared for October 17, 2006.

23     This continuance is requested defense counsel needs adequate time

24 to prepare for the case.  Defense counsel has received a large number

25 of audio tape recordings as well as video tape recordings of the

26 undercover investigation. Defense counsel desire to continue to review

27 discovery in preparation and investigation of the case.  Additional

28 legal research also needs to be performed and defense counsel may have

to obtain and review pertinent records.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through October 17, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 12, 2006.            Respectfully submitted,

                                    MARK J. REICHEL, ESQ.

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Eric McDavid


                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: October 12, 2006.            /s/MARK J. REICHEL for:
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2