MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC MCDAVID, et al.,<br><br>    Defendants.<br>_____ | NO. 2:06-CR-0035-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE DATE; ORDER THEREON**<br><br>DATE: October 30, 2006<br>TIME: 8:30 a.m.<br>JUDGE: HON. MORRISON C. ENGLAND |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant MCDAVID, that the present date for the status hearing of October 17, 2006 be vacated and re calendared for October 31, 2006.

This continuance is requested defense counsel needs adequate time to prepare for the case.  Defense counsel has received a large number of audio tape recordings as well as video tape recordings of the undercover investigation. Defense counsel desire to continue to review discovery in preparation and investigation of the case.  Additional legal research also needs to be performed and defense counsel may have to obtain and review pertinent records.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through October 30, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 19, 2006.                Respectfully submitted,

                                        MARK J. REICHEL, ESQ.

                                        /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for Eric McDavid


                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: October 19, 2006.                /s/MARK J. REICHEL for:
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


# O R D E R

**IT IS SO ORDERED.**  The present date for the status hearing of October 17, 2006 is vacated and re calendared for October 31, 2006. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE