MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California 95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC MCDAVID, et al.,<br><br>  Defendants. | NO. 2:06-cr-0035-MCE<br><br>**STIPULATION AND ORDER ON FILING OF DISPOSITIVE PRETRIAL MOTIONS**<br><br>DATE: January 9, 2007<br>TIME: 8:30 a.m.<br>JUDGE: HON. MORRISON C. ENGLAND |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney, MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid, as follows: that the present date for the filing of defense pretrial dispositive motions shall be re calendared for November 21, 2006, the government's opposition pleadings shall be filed on December 12, 2006, and the defense reply January 2, 2006, with a hearing date of January 9, 2006 at 8:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the filing of motions. Defense counsel will also speak with potential witnesses, review discovery, in preparation and investigation of the case. Additional legal research also needs to be performed and defense counsel may have to obtain

1  and review pertinent records.

2  Accordingly, all counsel and defendants agree that time under the Speedy
3  Trial Act from the date this stipulation is lodged, through November 21, 2006, and
4  through the date for the hearing, January 9, 2006, should be excluded in computing
5  the time within which trial must commence under the Speedy Trial Act, pursuant to
6  Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e regarding
7  time exclusion while motions are pending before the court.

8
9  DATED: October 31, 2006.          Respectfully submitted,

10
11                                    /s/ MARK J. REICHEL
                                      MARK J. REICHEL
12                                    Attorney for Defendant

13
                                      McGREGOR W. SCOTT
14                                    United States Attorney

15  DATED: October 31, 2006.          /s/MARK J. REICHEL for:
                                      R. STEVEN LAPHAM
16                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
17
                                    **O R D E R**
18
    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to
19
20  18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code T2.

21  DATED: October 30, 2006

22
23
24  _____
    MORRISON C. ENGLAND, JR
25  UNITED STATES DISTRICT JUDGE

26
27
28

2