MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California 95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:06-cr-0035-MCE |
| Plaintiff, | **STIPULATION AND ORDER ON FILING OF DISPOSITIVE PRETRIAL MOTIONS** |
| v. | |
| ERIC MCDAVID, et al., | DATE: January 30, 2007 |
| Defendants. | TIME: 8:30 a.m. |
| | JUDGE: HON. MORRISON C. ENGLAND |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney, MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid, as follows: that the present date for the filing of defense pretrial dispositive motions shall be re calendared for December 12, 2006, the government's opposition pleadings shall be filed on or before January 9, 2007, and the defense reply January 23, 2007, with a hearing date of February 6, 2007 at 8:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the filing of motions. Defense counsel will also speak with potential witnesses, review discovery, in preparation and investigation of the case. Additional

1 legal research also needs to be performed and defense counsel may have to obtain
2 and review pertinent records.
3     Accordingly, all counsel and defendants agree that time under the Speedy
4 Trial Act from the date this stipulation is lodged, through December 12, 2006, and
5 through the date for the hearing, February 6, 2007 , should be excluded in
6 computing the time within which trial must commence under the Speedy Trial Act,
7 pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code
8 e regarding time exclusion while motions are pending before the court.

9 DATED: December 13, 2006.          Respectfully submitted,

                                   /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for Defendant

                                 McGREGOR W.  SCOTT
                                 United States Attorney

DATED: December 13, 2006.          /s/MARK J. REICHEL for:
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code T2.

DATED: December 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE