MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:06-cr-0035-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER ON FILING OF DISPOSITIVE PRETRIAL MOTIONS** |
| v. | ) | |
| ERIC MCDAVID, et al., | ) | DATE: March 6, 2007 |
| Defendants. | ) | TIME: 8:30 a.m. |
|  | ) | JUDGE: HON. MORRISON C. ENGLAND |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney, MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid, as follows: that the present date for the filing of defense pretrial dispositive motions shall be re calendared for December 19, 2006, the government's opposition pleadings shall be filed on or before February 9, and the defense reply February 28, 2007, with a hearing date of March 6, 2007 at 8:30 a.m.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through the date for the hearing, March 6, 2006, should be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code E regarding time exclusion while motions are pending before the court.

DATED: February 5, 2007.        Respectfully submitted,

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for Defendant

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: February 5, 2007.        /s/MARK J. REICHEL for:
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Codes T4, T2 and E.

Dated: February 5, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE