1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2724
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )      2:06-cr-0035-MCE
11                                 )
                      Plaintiff,   )      STIPULATION AND ORDER
12                                 )      RE-SETTING HEARING ON
             v.                    )      DEFENSE MOTIONS
13                                 )
   ERIC McDAVID, et al.,           )
14                                 )
                      Defendants.  )
15                                 )
                                   )
16

17        IT IS HEREBY STIPULATED by the parties, through their

18  respective undersigned counsel, that the hearing on defendant's

19  motions before the district court, currently set for March 6, 2007,

20  may be continued to March 13, 2007 at 9:30 a.m.   The government's

21  response shall be filed on or before February 20, 2007; the

22  defendant's reply, if any, shall be filed on or before March 6,

23  2007.

24  DATED:  February 9, 2007
                                      McGREGOR W. SCOTT
25                                    United States Attorney

26
                                   By: s/R. Steven Lapham
27                                    R. STEVEN LAPHAM
                                      Assistant U.S. Attorney
28

                                   1

1

2

3

DATED: February 9, 2007            s/R. Steven Lapham for
4                                  MARK J. REICHEL
                                   Counsel for Eric McDavid
5

6

                                   O R D E R
7

        IT IS SO ORDERED.
8

9

 Dated: February 16, 2007
10

11

                                   _____
12                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28