1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                              No. CR S-06-35 MCE

    vs.

ERIC McDAVID,

      Defendant.                      <u>ORDER</u>

_____/

        This matter was on calendar on February 27, 2007 for defendant's discovery motions. Steven Lapham, Assistant United States Attorney, appeared for the government; Mark Reichel, Esq., appeared for the defendant, who was present in court.

        Within two days of the hearing date, the government may file supplemental briefing on the questions raised by the court in connection with defendant's motion for an order directing the release of surveillance and data mining information. Defendant may respond within two days following the government's filing; defendant's response should not exceed ten pages.

/////

1

1  The court will thereafter issue an order addressing all the motions heard on
2 February 27.
3  IT IS SO ORDERED.
4 DATED: February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

2

mcdavid.fb