MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:     (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00035-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF THE PARTIES TO COMMENCE JURY TRIAL ON September 10 2007 AT 8:30 A.M.** |
| v. | ) | |
| ERIC MCDAVID, | ) | Date: September 10 2007 |
| | ) | Time: 8:30 A.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney,  MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid, that the present date for the start of the jury trial shall be re calendared for September 10, 2007, from July 2, 2007. The parties agree to a TCH date of August 23, 2007.

///

///

///

///

///

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through September 10 2007 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation and Local Code e regarding time exclusion while motions are pending before the court, once in limine and other pre trial motions are on file.

DATED: July 6, 2007.              Respectfully submitted,

                                               /s/ MARK J. REICHEL
                                               MARK J. REICHEL
                                               Attorney for Defendant

                                               McGREGOR W. SCOTT
                                               United States Attorney

DATED: July 6, 2007.        /s/MARK J. REICHEL for:
                                               R. STEVEN LAPHAM
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code E.

Dated: July 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2