MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:06-cr-00035-MCE |
| Plaintiff, ) | |
| ) | **ORDER FOR THE FILING OF DEFENSE PROFFER AND TRIAL BRIEF UNDER SEAL** |
| v. ) | |
| ) | |
| ) | (Does not have to be filed under seal) |
| ERIC MCDAVID, ) | |
| ) | |
| Defendant. | Date: September 10, 2007 |
| | Time: 8:30 A.m. |
| | Judge: Hon. Morrison C. England |

Good cause having been shown, the Court hereby Orders that the Defense Proffer and Trial Brief shall be filed under seal in this matter and held in camera until further order of this Court.

Dated: September 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE