McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00035 MCE |
| | ) | |
| Plaintiff, | ) | ORDER PERMITTING |
| | ) | GOVERNMENT TO REMOVE AND |
| v. | ) | REFILE SENETNCING MEMORANDUM |
| | ) | FROM ECF |
| ERIC McDAVID, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For good cause shown, the Clerk of Court is hereby ordered to remove from ECF the government's sentencing memo in the above captioned case filed on May 6, 2008.

The government shall be permitted to file another sentencing memorandum upon removal of the original.

Dated: May 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1