IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. 2:06-cr-0035 MCE EFB P

    vs.

ERIC MCDAVID,

    Movant.                          <u>ORDER</u>

        Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

        On July 2, 2012, movant filed an Amended Memorandum of Points and Authorities and an additional exhibit. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 15(a)(2), movant has properly amended his Memorandum of Points and Authorities.

        Since movant may be entitled to the requested relief, respondent is directed to file an answer, motion or other response within thirty days of the effective date of this order. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. Respondent shall include with an answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

1  The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
2  May 15, 2012 motion on the United States Attorney or his authorized representative.
3  So ordered.
4  Dated: July 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE