IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. 2:06-cr-0035 MCE EFB P

    vs.

ERIC MCDAVID,

    Movant.                                  <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. He requests the court appoint counsel. Dckt. No. 425.

    Defendants have no right to counsel beyond their first appeal of right. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987). Thus, "[p]risoners do not have a constitutional right to counsel when mounting collateral attacks upon their convictions." *United States v. Angelone*, 894 F.2d 1129, 1130 (9th Cir. 1990). As such, there is no right to appointment of counsel in a proceeding under 28 U.S.C. § 2255. *Id.* However, pursuant to 18 U.S.C. § 3006A(a)(2)(B), a § 2255 movant may be provided counsel when "the court determines that the interests of justice so require and such person is financially unable to obtain representation." "Situations where the appointment of counsel for a § 2255 petitioner is appropriate are very rare, and such appointment

1

1 is typically reserved for truly complex and legally subtle cases." *Fernandez-Malave v. United*
2 *States*, 502 F. Supp. 2d 234, 241 (D.P.R. 2007) (citing *United States v. Mala*, 7 F.3d 1058,
3 1063-64 (1st Cir. 1993)).
4     The court finds that the interests of justice do not require that counsel be appointed for
5 movant. Accordingly, it is hereby ORDERED that movant's request for appointment of counsel
6 (Dckt. No. 425) is denied.
7 DATED: November 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE