UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MCDAVID,<br><br>　　　　　Defendant. | No. CR 06-035-MCE (EFB)<br><br>[~~Proposed~~] ORDER PERMITTING DEFENDANT MCDAVID TO FILE AN AMENDED REPLY MEMORANDUM |

　　　　Defendant Eric McDavid, through counsel, seeks to file an Amended Reply Memorandum in support of his motion for relief under 28 U.S.C. § 2255, to supersede and replace the recently filed Reply Memorandum (Doc. 432). Counsel for McDavid has informed the Court that counsel for the government has reviewed the proposed Amended Reply Memorandum and that the government does not oppose the filing of the Amended Reply Memorandum.

/ / /

/ / /

/ / /

1

1   Based on the foregoing,

2   IT IS HEREBY ORDERED that Defendant McDavid may file the accompanying

3   Amended Reply Memorandum, which shall supersede and replace the recently filed Reply

4   Memorandum (Doc. 432).

5   IT IS SO ORDERED.

6   Dated: March 6, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE