UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC McDAVID,<br><br>    Respondent. | No. 2:06-cr-035-MCE-EFB P<br><br>ORDER SETTING STATUS CONFERENCE |

Movant is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. One of movant's claims is that the prosecutor failed to turn over exculpatory material to the defense, in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). In addition, on January 30, 2014, movant filed a request for leave to file a supplemental memorandum in support of his § 2255 motion. The court construes this request as a motion for leave to amend the § 2255 motion to add an additional claim.

After reviewing the record before the court and the parties' briefs, and good cause appearing, the court sets a status conference on movant's *Brady* claim and on his motion to amend. The parties should come to the status conference prepared to discuss both of these matters. The filing of status reports is not required.

/////

/////

1   Accordingly, IT IS ORDERED that a Status Conference is set for May 14, 2014, at 10:00
2 a.m. in Courtroom No. 8.
3 DATED: April 14, 2014.

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE