UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>ERIC McDAVID,<br><br>　　　　　Movant. | No.  2:06-cr-035-MCE-EFB P<br><br><br>ORDER AFTER HEARING |

Movant Eric McDavid is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  A status conference was held in this matter on May 15, 2014, at 10:00 a.m. in Courtroom No. 8.  The purpose of the status conference was to address movant's claim that the prosecutor committed misconduct in failing to turn over exculpatory material to the defense (*Brady* claim), and movant's January 30, 2014 "Request for Leave to File Supplemental Memorandum in Support of 28 U.S.C. § 2255 Motion."  Mark Vermeulen and Ben Rosenfeld appeared for movant.  Matthew Segal appeared for respondent.  After discussions with counsel, and good cause appearing, IT IS ORDERED that:

　　　1.  Movant shall file a supplemental memorandum in support of his *Brady* claim as soon as possible, but in no event later than July 14, 2014;

/////

/////

1

2.  If movant wishes to file a motion for discovery, any such motion shall be filed as soon as possible, but in no event later than July 14, 2014; and

3.  If movant wishes to file a motion to amend his § 2255 motion to add a claim based on the decisions in *Alleyne v. United States*, 133 S.Ct. 2151 (2013) and *Peugh v. United States*, 133 S.Ct. 2072 (2013), he shall file the motion pursuant to Fed. R. Civ. P. 15 and Local Rule 230 on or before July 14, 2014.

DATED: May 15, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE