BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06-CR-0035-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ERIC MCDAVID, | COURT: HON. EDMUND F. BRENNAN |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Eric McDavid ("Defendant"), by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this Court granted Defendant's Motion For Leave To File A Supplemental Memorandum in Support of 28 U.S.C. § 2255 and certain other supplemental memoranda, by July 14, 2014; and Defendant timely filed such memoranda;

2. With leave of the Court, the United States intends to file a response to Defendant's supplemental memoranda.

3. By this stipulation, the parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that, with leave of the Court, it intends to file a response to Defendant's supplemental memoranda, filed on July 14, 2014, including Defendant's Supplemental Memorandum in Support of 28 U.S.C. § 2255 and supplemental memoranda adding claims based on the decisions in *Alleyne v. United States*, 133 S.Ct. 2151 (2013) and

1 | *Peugh v. United States*, 133 S.Ct. 2072 (2013).

2 |       b)    The United States shall file such responses not later than October 6, 2014.

3 |       c)    Defendant, through counsel, shall file any reply not later than October 27, 2014.

4. By acceptance of this stipulation and execution of this proposed order, the Court grants the United States leave to file a response to Defendant's Supplemental Memorandum in Support of 28 U.S.C. § 2255 and supplemental memoranda adding claims based on the decisions in *Alleyne v. United States*, 133 S.Ct. 2151 (2013) and *Peugh v. United States*, 133 S.Ct. 2072 (2013), and adopts the briefing schedule set forth herein.

5. Nothing in this stipulation and order shall preclude either party from seeking leave of the Court for an extension of the filing deadlines set forth herein.

IT IS SO STIPULATED.

Dated:  September 4, 2014            BENJAMIN B. WAGNER
                                       United States Attorney

                                         /s/ ANDRÉ M. ESPINOSA
                                         ANDRÉ M. ESPINOSA
                                         Assistant United States Attorney

Dated:  September 4, 2014            /s/ MARK R. VERMEULEN
                                         MARK R. VERMEULEN
                                         Counsel for Defendant
                                         Eric McDavid

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this  8th  day of   September  , 2014.

                                         THE HONORABLE EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING BRIEFING SCHEDULE      2