IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ERIC MCDAVID,<br><br>　　　　　　　　Defendant. | **CASE NO. 2:06-CR-0035 MCE EFB**<br><br>[PROPOSED] ORDER ON GOVERNMENT MOTION SEEKING EXTENSION OF TIME TO FILE RESPONSE |

　　　This matter having been opened to the Court upon a motion by the United States of America, by Benjamin B. Wagner, United States Attorney for the Eastern District of California, and André M. Espinosa, Assistant United States Attorney; and the Court having considered the motion of the United States and the declaration of André M. Espinosa in support of that motion; and there being no opposition to the motion from defendant Eric McDavid, by Mark R. Vermeulen, Esq.; and for good cause shown,

　　　**IT IS** on this ____ day of September, 2014,

　　　**ORDERED THAT,** the United States' motion to extend the deadline to file a response to McDavid's supplemental memorandum in support of his § 2255 motion and supplemental memorandum adding claims based on the decisions in <u>Alleyne v. United States</u>, 133 S.Ct. 2151 (2013) and <u>Peugh v. United States</u>, 133 S.Ct. 2072 (2013), from October 6, 2014, to November 17, 2014, is **GRANTED**; and it is further,

1

**ORDERED THAT,** the United States shall file a response to the defendant's supplemental memorandum in support of his § 2255 motion and supplemental memorandum adding claims based on the decisions in <u>Alleyne v. United States</u>, 133 S.Ct. 2151 (2013) and <u>Peugh v. United States</u>, 133 S.Ct. 2072 (2013), by November 17, 2014; and it is further,

**ORDERED THAT,** the defendant shall file any reply by December 8, 2014.

DATED: September 19, 2014.

_____
THE HONORABLE EDMUND F. BRENNAN,
United States Magistrate Judge