BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC MCDAVID,<br><br>Defendant. | CASE NO. 06-CR-0035-MCE<br><br>STIPULATION VACTING CURRENT BRIEFING SCHEDULE AND SETTING STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER<br><br>COURT: HON. EDMUND F. BRENNAN |
|---|---|

**STIPULATION**

The United States of America, by and through its counsel of record, André M. Espinosa, Assistant United States Attorney, and defendant, Eric McDavid ("McDavid"), by and through his counsel of record, Mark R. Vermeulen, Esq., hereby stipulate as follows:

1. By previous order on September 19, 2014, this Court granted the government's unopposed request for an extension of time to file a response to the Supplemental Memorandum in Support of McDavid's §2255 Motion, and ordered the government to file such response by November 17, 2014. The Court also ordered McDavid to file any reply by December 8, 2014. *See* Dkt. No. 449.

2. On or about November 6, 2014, the government disclosed to McDavid certain documents that were not disclosed to him during the criminal proceedings that preceded this matter.

3. Additionally, on or before December 1, 2014, the government intends to disclose certain additional documents to McDavid that are among the subjects of the litigation in this matter.

4. The parties agree that these document disclosures by the government to McDavid will likely bear on the parties' briefing of this matter and may necessitate a new briefing schedule.

5. Further, the parties have entered into discussions concerning a potential negotiated settlement of McDavid's §2255 claims. The parties agree that additional time to pursue such discussions will advance the interest of justice and the interests of the parties. Therefore, the parties agree to jointly request that the Court vacate the current briefing schedule and set a status conference in this matter on December 15, 2014, or such other date as the Court may order and as counsels' schedules permit.

6. The parties further agree that, in advance of the status conference scheduled by the court, the parties will meet and confer concerning a replacement briefing schedule, if one is required, and file a proposed stipulation vacating the status conference and seeking the Court's approval of the proposed, replacement briefing schedule.

7. Accordingly, by this stipulation, the parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that, on or about November 6, 2014, it disclosed to McDavid certain documents that were not disclosed to him during the criminal proceedings that preceded this matter.

    b) The United States has further represented that, on or before December 1, 2014, it will disclose certain additional documents to McDavid that are among the subjects of the litigation in this matter.

    c) The parties have further represented that the document disclosures by the government to McDavid will likely bear on the parties' briefing of this matter and may necessitate a new briefing schedule.

    d) The parties have further represented that they have entered into discussions concerning a potential negotiated settlement of McDavid's §2255 claims and that additional time to pursue such discussions will advance the interest of justice and the interests of the parties.

8. By acceptance of this stipulation and execution of this proposed order, the Court grants the parties' joint request to: (i) vacate the current briefing schedule; and (ii) schedule a status conference on December 15, 2014, or such other date as the Court shall order and as counsels' schedules permit.

9. Further, by acceptance of this stipulation and execution of this proposed order, the Court

STIPULATION VACATING BRIEFING SCHEDULE
AND SETTING STATUS CONFERENCE

orders that, in advance of the status conference scheduled by the Court, the parties shall meet and confer concerning a replacement briefing schedule, if one is required, and file a proposed stipulation vacating the status conference and seeking the Court's approval of the proposed, replacement briefing schedule.

**IT IS SO STIPULATED.**

Dated: November 10, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ ANDRÉ M. ESPINOSA
ANDRÉ M. ESPINOSA
Assistant United States Attorney

Dated: November 10, 2014

/s/ MARK R. VERMEULEN
MARK R. VERMEULEN
Counsel for Eric McDavid

## [PROPOSED] FINDINGS AND ORDER

The current briefing schedule is vacated. The parties shall appear before the Court for a Status Conference in this matter on: December 15, 2014 at 10:00 am Ctrm. 8 . In advance of the status conference, the parties shall meet and confer concerning a replacement briefing schedule, if one is required, and file a proposed stipulation vacating the status conference and seeking the Court's approval of the proposed, replacement briefing schedule.

**IT IS SO FOUND AND ORDERED,** on this 13th day of November , 2014.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE