AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

**FILED**
**JAN -8 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. 06CR0035 MCE | |
| | ) | |
| Eric McDavid | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by superseding information.

Date: 1/ 7 /2015

*Defendant's signature*

*Signature of defendant's attorney*

Mark R. Vermeulen
*Printed name of defendant's attorney*

*Judge's signature*

Morrison C. England, Jr., Chief United States District Judge
*Judge's printed name and title*