BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

FILED
JAN -8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ERIC MCDAVID,

    Defendant.

CASE NO. 06-CR-0035-MCE

VIOLATION: 18 U.S.C. § 371 --
CONSPIRACY

## SUPERSEDING INFORMATION

The United States Attorney charges: T H A T

Beginning on or about August 2005 and continuing through January 13, 2006, in Placer County, in the state and Eastern District of California, and elsewhere,

**ERIC MCDAVID**

did knowingly and intentionally agree, combine, and conspire with Lauren Weiner, Zachary Jenson, who are charged elsewhere, and others known and unknown to maliciously damage and destroy, and attempt to do so, by means of fire and an explosive, (1) a building, and personal and real property of the United States Forest Service, United States Department of Agriculture; (2) a building, personal and real property of an institution and organization receiving financial assistance from the United States Bureau of Reclamation, United States Department of the Interior; and (3) personal and real property used in

interstate commerce and in an activity affecting interstate commerce, specifically, cellular telephone towers and electric power stations, contrary to Title 18 United States Code, §§ 844 (f) and (i).

In furtherance of the conspiracy, and to effect the objectives thereof, the defendant and others committed the following overt acts, among others:

1. In August 2005, defendant Eric McDavid ("McDavid") met with Lauren Weiner ("Weiner") and Zachary Jenson ("Jenson") in a Philadelphia, Pennsylvania, coffee shop. At this meeting McDavid, Weiner, and Jenson discussed different ideas for protest and activism. Among the ideas they discussed was the idea of using explosives to destroy commercial and government property.

2. During the August 2005 meeting, McDavid told the group that he wanted to make "boom," which Weiner understood as McDavid expressing his desire to make and use homemade explosives. During the meeting, each person agreed to research other possible targets.

3. Shortly after the August 2005 meeting, Weiner told a confidential FBI source known as "Anna" about the discussion, including the idea of using explosives. After the meeting, Weiner also researched books containing explosives recipes.

4. During the weekend of November 18-20, 2005, McDavid met with Weiner, Jenson, and Anna at McDavid's parents' residence in Foresthill, California, while McDavid's parents were out of town. There, the group further discussed committing acts of property destruction. During the November 18-20, 2005 meetings, McDavid, Weiner, and Jenson knew that their meeting was for the purpose of planning criminal acts. McDavid warned the group that the discussion in which they were engaged was itself a criminal act. The group agreed to reassemble in early January 2006, at a remotely situated residence in Northern California secured by Anna, to manufacture homemade explosives for possible detonation at various commercial and government targets.

5. From January 8-13, 2006, McDavid maintained temporary residence at a cabin in Dutch Flat, California (the "Dutch Flat Cabin"). In this span of time, he discussed with Weiner, Jenson, and Anna, plans to construct homemade explosive and incendiary devices and to target commercial and government facilities with these destructive devices, and discussed claiming credit for those acts.

6. On January 10, 2006, McDavid traveled with Weiner, Jenson, and Anna from the Dutch Flat Cabin to the Nimbus Dam and Nimbus Fish Hatchery and, later that day, to the United States Forest Service Institute of Forest Genetics ("IFG") in Placerville, California. At those locations,

McDavid participated in reconnaissance operations, the purpose of which was to determine each site's potential as a target for destruction and damage by fire and explosive. During the reconnaissance trip to the IFG, McDavid hid his identity by providing a fake name to an IFG employee the group encountered.

7. On January 11, 2006, McDavid and his co-conspirators travelled from the Dutch Flat Cabin to a store in Sacramento to purchase items and ingredients to be used in making destructive devices for a fake explosives recipe provided by Anna, which McDavid had earlier requested and believed to be a viable explosive recipe, including: canning jars, coffee filters, mixing bowl, hot plate, petroleum jelly, a gasoline can, bleach, extension cord, and battery testers.

8. On January 12, 2006, McDavid participated in the initial stages of manufacturing homemade explosives by measuring, mixing, and heating chemicals on a hot plate inside the Dutch Flat Cabin.

9. On January 13, 2006, McDavid was arrested after purchasing additional items to be used in making destructive devices, including respiratory masks and a mixing bowl.

All in violation of Title 18, United States Code, Section 371.

Dated: January 8, 2015.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: _____
ANDRE M. ESPINOSA
Assistant United States Attorney