UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED

JAN -8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERIC MCDAVID,

        Defendant.
_____/

Case No. 2:06-CR-00035-01-MCE

ORDER FOR RELEASE OF PERSON
IN CUSTODY

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release ERIC TAYLOR MCDAVID, Case No. 2:06-CR-00035-01-MCE, from custody for the following reasons:

|   |   |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other: |

Pursuant to the Waiver of Indictment by the defendant and his accepted entry of guilty plea to the Superseding Information by the Court, the defendant was ordered to a sentence of time served and ordered released forthwith.

Issued at Sacramento, California on January 8, 2015 at 11:15 a.m.

DATED: January 8, 2015

                            MORRISON C. ENGLAND, JR.
                            CHIEF UNITED STATES DISTRICT JUDGE