IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ERIC MCDAVID,<br><br>              Defendant. | CASE NO.  06-CR-0035-MCE<br><br>ORDER TO AMEND JUDGMENT |

    This matter is before the Court on the stipulation of the parties to amend the Judgment and Commitment in the above-captioned case. Having reviewed the stipulation and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY

    **ORDERED** pursuant to Rule 36 of the Federal Rules of Criminal Procedure that the Court shall issue an Amended Judgment and Commitment in this matter revising the language describing the sentence imposed as "committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of time already served in custody."

    **IT IS SO ORDERE**

Dated:  January 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT