UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | No. 2:06-cr-035-MCE-EFB P |
| Plaintiff, | ORDER |
| v. | |
| ERIC MCDAVID, | |
| Defendant. | |

Defendant Eric McDavid has filed a renewed application for the appointment of counsel, requesting that the Court appoint counsel Mark Vermeulen as counsel and counsel Ben Rosenfeld as assistant counsel *nunc pro tunc* in these 28 U.S.C. § 2255 proceedings.  Having considered the matter, and good cause appearing,

IT IS HEREBY ORDERED that Mark Vermeulen is appointed *ad hoc* to the CJA Panel for the Eastern District of California, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323 and 370, App. I, §B(3), *nunc pro tunc* to 2012 based on the prior Defender's recommendation, Mr. Vermeulen's experience, and the obvious thorough work, research, and investigation done by Mr. Vermeulen and his team.

///

///

///

///

///

///

1        IT IS FURTHER ORDERED that the application for the appointment of counsel Mark

2   Vermeulen as counsel and counsel Ben Rosenfeld as assistant counsel is GRANTED *nunc pro*

3   *tunc* to May 15, 2012.

4        IT IS SO ORDERED.

5   Dated:  June 8, 2015

6

7   _____

8   MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28