IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>ERIC MCDAVID,<br><br>                 Defendant. | CASE NO.  2:06-CR-0035 MCE<br><br>ORDER TERMINATING SUPERVISED RELEASE |

      Defendant Eric McDavid ("McDavid"), through counsel, has moved to terminate his supervised release effective May 8, 2016 (i.e., the point at which he will have served 16 months of the 24-month term of supervised release imposed by the Court at the resentencing in this matter on January 8, 2015). The United States Attorney's Office and the United States Probation Officer do not oppose the motion.

      Based on the motion, and good cause appearing, it is hereby ordered that Mr. McDavid's supervised release shall terminate effective May 8, 2016.

      IT IS SO ORDERED.

Dated:  May 5, 2016

                                                    MORRISON C. ENGLAND, JR<br>
                                                    UNITED STATES DISTRICT JUDGE